**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| SUHEIL PUREWAL , | ) |
| **Plaintiff,** | ) |
| | )    **Case No. 2:17-CV-02595-CM-TJJ** |
| vs. | ) |
| | ) |
| T-MOBILE USA, INC. , | ) |
| **Defendant.** | ) |

**JOINT STIPULATION FOR DISMISSAL**

    COME NOW M. Shaun Stallworth, Holman Schiavone, LLC, Attorneys for Plaintiff, and David C. Vogel, Constangy, Brooks, Smith & Prophete, LLP, Attorneys for Defendant, and pursuant to Rule 41(a)(1)(A)(ii), hereby dismiss this case with prejudice, the parties to bear his/its own fees and costs.

Respectfully submitted,

By: */s/ M. Shaun Stallworth*  
    M. Shaun Stallworth, KS # 78332  
    Holman Shiavone, LLC  
    4600 Madison Avenue, Suite 810  
    Kansas City, Missouri 64112  
    Phone: 816.283.8738  
    Fax: 816.283.8739  
    sstallworth@hslawllc.com  

**Attorneys for Plaintiff**

By: */s/ David C. Vogel*  
    David C. Vogel (KS #18129)  
    Constangy, Brooks, Smith & Prophete, LLP  
    2600 Grand Boulevard, Suite 750  
    Kansas City, Missouri 64108-4600  
    Telephone: (816) 472-6400  
    Facsimile: (816) 472-6401  
    Cell: (816) 665-5956  
    dvogel@constangy.com  

**Attorneys for Defendant**